UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-279 (JEB) |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **STEPHANIE ELLISON,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO SEAL THE GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE PLEA AGREEMETN HEARING AND TO SCHEDULE A STATUS HEARING, AND TO DELAY ENTRY ON THE PUBLIC DOCKET**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Motion to Seal the Government's Unopposed Motion to Continue the Plea Agreement Hearing and to Schedule a Status Hearing and proposed Order, the instant motion to seal and proposed order, and to Delay Entry on the Public Docket of the Filing of these documents.   In support of this motion, the government states as follows:

A plea agreement hearing is scheduled in this matter for October 23, 2014.   On October 1, 2014, the government was informed by the Federal Bureau of Investigation ("FBI") that one of the case agents assigned to the FBI piece of an investigation involving defendant Raymond Proctor in criminal case number 12-270, may have been involved in tampering with some of the narcotics evidence seized during that investigation.   The FBI is in the process of investigating the alleged misconduct.   As a result, public disclosure of the motion to stay all briefing and to schedule a status hearing, this motion to seal, and any orders and other pleadings related to these motions will compromise the integrity of the ongoing investigation into the alleged misconduct by the agent. Accordingly, pursuant to <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289, n.10 (D.C. Cir. 1991), the government moves to seal the Government's Unopposed Motion to Continue the Plea

Agreement Hearing and to Schedule a Status Hearing and proposed order, any orders on that motion, this Motion to Seal and proposed order, and also delaying the public docketing of the filing of any these documents.

WHEREFORE, it is respectfully requested that this motion to seal be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
Bar No. 447-889

By: _____
KARLA-DEE CLARK
D.C. Bar No. 435-782
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, D.C. 20530
(202) 252-7740
Karla-Dee.Clark@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon counsel for the defendant David Benowitz, Esq., via electronic mail to David@pricebenowitz.com, this 17th day of October 2014.

_____
Karla-Dee Clark
Assistant United States Attorney