**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **STEPHANIE ELLISON,** <br> Defendant. | Criminal Action No. 13-279 (JEB) <br> **UNDER SEAL** |

### ORDER

Per the Parties' request, the Court ORDERS that the Status Hearing previously scheduled for 2:30 p.m. on November 21, 2014, is RESCHEDULED for December 3, 2014, at 3:00 p.m. The Court further ORDERS that Speedy Trial (XT) is tolled in the Interest of Justice from 11/21/2014 to 12/3/2014.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: November 20, 2014